1  LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
2  FENWICK & WEST LLP
555 California Street, 12th Floor
3  San Francisco, CA  94104
Telephone:    415.875.2300
4  Facsimile:    415.281.1350

5  ANGEL CHIANG (CSB NO. 280546)
achiang@fenwick.com
6  AVERY L. BROWN (CSB No. 313478)
avery.brown@fenwick.com
7  FENWICK & WEST LLP
Silicon Valley Center
8  801 California Street
Mountain View, CA  94041
9  Telephone:    650.988.8500
Facsimile:    650.938.5200
10

11 Attorneys for Plaintiff
SCRIBD, INC.

12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16

17 SCRIBD, INC.,                        Case No.: 4:17-cv-02765-JSW

18            Plaintiff,

19     v.                              **DECLARATION OF ANGEL CHIANG
                                       IN SUPPORT OF PLAINTIFF'S
20 SCRIBD-DOWNLOAD.COM, JOHNY          APPLICATION FOR TEMPORARY
HENDRICKS, LE QUANG MINH, a/k/a MINH   RESTRAINING ORDER AND ORDER
21 LE, and DOES 1 through 10,          TO SHOW CAUSE RE PRELIMINARY
                                       INJUNCTION; FOR LEAVE TO
22            Defendants.              SUBPOENA THIRD PARTIES TO
                                       DETERMINE IDENTITY OF
23                                     DEFENDANTS**

24

25

26     I, Angel Chiang, declare as follows:

27     1.     I am an attorney admitted to practice before this Court, and I am an associate at the

28 law firm of Fenwick & West LLP, counsel for Plaintiff Scribd, Inc. ("Scribd") in this matter.  I

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    have personal knowledge of the facts set forth in this declaration, and if called to do so I could

2    and would testify competently to the same.

3        2.       On May 1, 2017, this firm sent on behalf of Scribd a cease and desist letter to

4    Johny Hendricks, the listed registrant of Scribd-Download.com, demanding that he discontinue

5    operating Scrid-Download.com.  The letter also expressly revoked all authorization to access,

6    display, download, or otherwise use Scribd's website or content.  Scribd received no response to

7    the letter.  A true and accurate copy of the cease and desist letter sent to Mr. Hendricks is attached

8    as **Exhibit A**.

9        3.       Having received no response from Mr. Hendricks, Scribd identified two additional

10   email addresses associated with Scribd-Download.com through its investigation.  The Scribd-

11   Download.com page displays a "Donate" button soliciting donations from users via PayPal.

12   Upon clicking the "Donate" button, users are taken to a PayPal page indicating that the recipient,

13   lqm1010@gmail.com, is currently unable to receive any money.  A true and correct copy of the

14   PayPal page is attached as **Exhibit B**.

15       4.       A Google search of lqm1010@gmail.com reveals that the account is associated

16   with Le Quang Minh of 37/4/17 Ngo Tat To P.21, Quan Binh Thanh, Ho Chi Minh City,

17   Vietnam.  As listed in the first Google search result for domainbigdata.com, Le Quang Minh may

18   also go by the name Minh Le.  A true and accurate copy of the domainbigdata.com listing that

19   shows what names are associated with lqm1010@gmail.com is attached as **Exhibit C.**

20       5.       Scribd-Download.com also contains and provides users with "DMCA" and

21   "Trademark" links for users to submit notices of trademark and copyright violations.  The email

22   address associated with both the "DMCA" and "Trademark" notice links is

23   scribd.download.com@gmail.com.

24       6.       On May 10, 2017, Scribd again sent the same May 1, 2017 cease and desist letter

25   to both scribd.download.com@gmail.com and lqm1010@gmail.com, again demanding that

26   Defendants immediately discontinue operating Scribd-Download.com, and expressly revoking

27   any authorization to continue accessing or downloading content from Scribd.com.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7.    That same day, at approximately 11:50 p.m. Pacific Time (1:50 p.m. on May 11, 2017, Vietnam Time), Scribd received a response from scribd.download.com@gmail.com.  A true and correct copy of the email response from scribd.download.com@gmail.com is attached as **Exhibit D**.  The response confirmed that the cease and desist letter had been received, and though it did not identify the name of the person responding, it did purport to speak on behalf of Scribd-Download.com.  The response refused to take down Scribd-Download.com.  It also claimed that "Scribd-Download" was not infringing because the SCRIBD mark purportedly was not being used to refer to Scribd's services on Scribd.com, but rather was being used as an acronym for "Speedy crazy randomly internet book & document download."

8.    Defendants' claim that their use of the SCRIBD mark was not in reference to Scribd's service, but rather is a coincidental match to their newly minted acronym, speaks for itself.  In addition, we noticed on or about May 11, 2017 that Defendants had now changed the appearance of Scribd-Download.com after receiving Scribd's cease and desist letter dated May 1, 2017.  The revised website kept the same "Scribd Download" name but removed several of its prior references to Scribd.com.  The website previously described itself as "a best [sic] online scribd downloader service that allow [sic] you to download documents **from Scribd.com** for free" (emphasis added).  This reference was removed.  The website also contains a search bar prompting users to insert a "scribd link," with an example URL in grey text from Scribd.com.  This reference was also removed.  A true and correct screenshot of the homepage of Scribd-Download.com, as it appeared on or around May 1, 2017, is attached as **Exhibit E**.

9.    Since Defendants changed the website on or around May 10, 2017, Scribd-Download.com homepage no longer prompts users to enter a "scribd link," but rather only asks users to "enter your document URL."  Further, the homepage now asserts that "Scribd-Download is mean [sic] 'speedy crazy randomly internet book & document download,'" and that "[t]his domain **is not related** with any other websites." (emphasis in original).  The homepage also contains a "Legal Notice," which states that "[n]either Scribd-Download.com or our logos or other content on this website is not [sic] associated in any way with another websites."  A true

1    and correct screenshot of the Scribd-Download.com homepage, as it appeared on May 11, 2017,

2    is attached as **Exhibit F**.  However, Defendants have not completely scrubbed all references to

3    Scribd.com from their website.  When a user hovers over the Facebook "Like" button on Scribd-

4    Download.com, a pop-up text box appears that states: "Like Scribd Downloader: Download

5    Scribd.com Free Instantly".  A true and correct copy of Scribd-Download.com reflecting this pop-

6    up text box, as it appeared to me on May 13, 2017, is attached as **Exhibit G**.

7         10.    Following receipt of Defendants' response to the May 1, 2017 letter late on May

8    10, 2017, I contacted Defendants again on May 11, explaining why their response was

9    insufficient, reiterating that they needed to discontinue the use of the Scribd-Download.com site

10   immediately, and asking for the identity of the person writing for Defendants.  Defendants failed

11   to respond.  The next day, May 12, 2017—within 40 hours after first hearing from Defendants in

12   response to the cease and desist letter—Scribd filed the present action.

13        11.    Although we know that we have made contact with Scribd-Download.com by

14   email, we presently have less than definitive information as to the identity and location of the

15   persons that are operating that website.  Accordingly, in order better to determine the responsible

16   persons and the nature of the Scribd-Download.com entity to effectuate service of process, Scribd

17   requests that the Court immediately authorize issuance of subpoenas to United States entities

18   described in the Declaration of Jason Bentley known to have had business dealings with Scribd-

19   Download.com, including, without limitation, Heymman Servers and Cloudflare, Inc.  The

20   proposed subpoenas will seek information as to both the identities of those persons and entities

21   acting on behalf of Scribd-Download.com by name, as well as identifying information for the

22   user of IP address, determined by Scribd to be used for Scribd-Download.com,

23   IP 185.191.228.145.

24   / / /

25   / / /

26   / / /

27   / / /

28   DECLARATION OF CHIANG ISO EX
     PARTE APPLICATION FOR TRO AND
     OSC RE PRELIMINARY INJUNCTION;
     FOR LEAVE TO SUBPOENA THIRD
     PARTIES                                4                    Case No.: 4:17-02765-JSW

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1       I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct and was executed at Mountain View, California, on May 15, 2017.

3

4                             Angel Chiang

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO