Case 4:17-cv-02765-JSW   Document 11   Filed 05/15/17   Page 1 of 11

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

ANGEL CHIANG (CSB NO. 280546)
achiang@fenwick.com
AVERY L. BROWN (CSB No. 313478)
avery.brown@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Plaintiff
SCRIBD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCRIBD, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SCRIBD-DOWNLOAD.COM, JOHNY HENDRICKS, LE QUANG MINH, a/k/a MINH LE, and DOES 1 through 10,<br><br>  Defendants. | Case No.: 4:17-cv-02765-JSW<br><br>**DECLARATION OF JASON BENTLEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; FOR LEAVE TO SUBPOENA THIRD PARTIES TO DETERMINE IDENTITY OF DEFENDANTS** |

I, Jason Bentley, declare as follows:

1.  I am the Legal Operations Manager of Plaintiff Scribd, Inc. ("Scribd") and have

DECLARATION OF BENTLEY ISO
APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION; FOR
LEAVE TO SUBPOENA THIRD PARTIES                                                    Case No.: 4:17-02765-JSW

been employed at Scribd since June 2007. In that capacity, I oversee corporate and consumer matters relating to law and policy, including publisher/author rights, copyright, privacy, abuse, government and legal compliance. I make the following statements based upon my personal knowledge, except to the extent otherwise specified. If called as a witness, I could and would testify competently to the facts set forth herein.

**Scribd and Its Digital Library/Publishing Services**

2. Scribd is a digital library and subscription service offering users access to the world's largest collection of e-books, articles, sheet music, and other written works on its website Scribd.com. In addition to its membership book service, Scribd also offers the world's most popular open platform for publishing and sharing documents, which allows users to publish their work on the site and reach millions of Scribd users around the world. Together, Scribd's digital library and publishing platform is called the "Scribd Platform," and allows for the authorized upload, download, purchase, sale, sharing and distribution of digital content over the internet.

3. Launched in March 2007, Scribd has garnered 80 million monthly readers in over 180 countries worldwide, and has been called "the Netflix for books." *See* https://www.wired.com/2013/10/scribd_book_subscription/.

4. There are two types of content that users can access on the Scribd Platform. The first is premium content—*e.g.*, content from professional publishers and distributors including best sellers and classics—which Scribd users can access solely in read-only format and not for download. They can access this content if they sign up for Scribd's Subscription Reading Service, whereby users pay a monthly fee for a certain number of credits to premium e-books and audiobooks.

5. The second type of content is User-Generated Content ("UGC"), which includes tens of millions of written works uploaded by Scribd users, ranging from court pleadings to articles to self-published texts of all kinds. Scribd members who register for the Scribd service and agree to its terms of use are able to download UGC content by clicking a download button on the Scribd.com website, which then transmit the copy from Scribd's servers to the user.

DECLARATION OF BENTLEY ISO
APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION; FOR
LEAVE TO SUBPOENA THIRD PARTIES         2                       Case No.: 4:17-02765-JSW

6. UGC that is uploaded to Scribd also generally is "archived" after approximately 60 days. A user who wishes to download archived documents must sign up for a Scribd "archive membership" in order to access and download it. Users can sign up for a free trial of Scribd and have unlimited access to archived content for the first 30 days, but thereafter must pay a monthly fee (presently $8.99) for the archive membership.

7. Although Scribd users are allowed unlimited access to UGC during their free 30-day trial, even then Scribd does require users to register for a Scribd account so that Scribd can learn about the user's reading preferences and habits and recommend relevant content to the user in order to convert the user to a paid subscriber. Scribd's free trial service, and its free UGC content, are important marketing tools for Scribd to introduce users to the service and track and focus on their interests in hopes that the user will eventually sign up for Scribd's archive membership service or Subscription Reading Service. For this reason, user registrations are critical to Scribd because each registration presents an opportunity for Scribd to convert the user into a paying member. Likewise, knowledge of what materials users are interested in, and especially what materials they have downloaded, is critical to Scribd's business and ability to convert browsers into paid users.

**The Scribd Mark**

8. Since its launch in 2007, Scribd has used the word mark SCRIBD to represent its products and services, in particular, on its website, www.Scribd.com. This mark is fanciful and not a real word; "Scribd" has no meaning in English (or, to my knowledge, any other language) other than to refer to Plaintiff Scribd, Inc.

9. Scribd owns a federal registration for the SCRIBD mark in connection with "computer software for sharing electronic documents via electronic, optical and wireless networks," "online retail store services in the nature of an online marketplace featuring documents of others ranging across a wide field of topics for viewing, downloading and printing," "transmission of data or documents via electronic, optical and wireless networks," and "providing temporary use of non-downloadable computer software for sharing, viewing, electronically

DECLARATION OF BENTLEY ISO
APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION; FOR
LEAVE TO SUBPOENA THIRD PARTIES     3     Case No.: 4:17-02765-JSW

transmitting, searching, browsing, sharing, tagging, rating, downloading and flagging electronic documents via electronic, optical and wireless networks; providing computer website services, namely, interactive hosting services which allow a user to publish and share their own content and images online featuring user-uploaded electronic documents." A true and correct copy of Scribd's registration certificate for the SCRIBD mark, U.S. Registration No. 3,777,227 (issued on April 20, 2010), is attached as **Exhibit 1**.

10. Based on the extensive use and popularity of Scribd's services, tens of millions of users and members of the public have come to associate the SCRIBD mark with Scribd's content management platform. Scribd has invested huge efforts and resources in developing this name and brand recognition, which it uses on all of its product offerings worldwide.

**Scribd-Download.com**

11. My visits to the Scribd-Download.com website reflect that it is a website that allows members of the public to download content from the Scribd Platform without signing up and registering for a Scribd account or paying a subscription fee. The website presents users with a basic search bar literally surrounded by ads that change regularly. The html code for the website reflects that the ads are being served through Google, which provides websites with ads and a share of the revenue from those ads through its AdSense service.

12. The Scribd-Download.com website prompts users to enter a document URL from Scribd into its search bar and click "Download Now!" Users are then given the option to receive the document as a downloadable .PDF or .TXT file format. After the user selects the preferred format, the document is then immediately downloaded directly to the user, without requiring any visit to or registration on the Scribd site. I have tested and downloaded files in this manner from Scribd-Download.com.

13. Scribd-Download.com does not offer users the ability to read or download the materials (like best sellers) in Scribd's Subscription Reading Service. It does, however, allow users to download millions of UGC works, including archived works, for free without registering for a Scribd account or even visiting the Scribd Platform, and without paying for Scribd's

membership fees.

14. Consumers can find content that they want from Scribd in multiple ways. One is to log onto the Scribd.com website and browse its document collection or perform term searches within that website for content. A consumer need not register with Scribd in order to browse or search the site. As described above, Scribd-Download allows these consumers to obtain content without registering by copying a URL for Scribd content and then pasting it into the Scribd-Download.com search box.

15. Alternatively, many users find content on Scribd—and become familiar with Scribd.com in the first place—by searching for content they want using a search engine like Google. If a document is available on Scribd, a Google search will display a search result with a link to that document and its URL within the Scribd.com website. When a user searches with Google, however, for a document being hosted on Scribd.com that Scribd-Download.com has also been set to offer for download, the result is the display of two competing search results, one providing access to the particular document on the original Scribd.com website, and the other providing access through the Scribd-Download.com website. Attached hereto as **Exhibit 2** is a true and correct copy of search results on Google, collected on May 13, 2017, reflecting this phenomenon, with the competing search results highlighted. In this example, a search for "Sandra Brown-Fiorii primei iubiri", a popular foreign self-published author, reveals the Scribd.com website as the first result and the Scribd-Download.com website as the third result. Both also recite "Scribd" in the search result itself, in addition to an URL immediately below the link to the search result. By clicking on the Scribd-Download.com search result, users obtain Scribd's product and service through the competing Scribd-Download.com website, without ever visiting or registering or paying with Scribd.com.

**Scribd's Attempts to Stop Scribd-Download.com's Activities**

16. I first learned about the Scribd-Download.com site as a result of my responsibilities for routine responses to DMCA notices that Scribd receives.[1]  DMCA

---

[1] As an online service provider and distributor of digital content, Scribd's operations are fully compliant with the Digital Millennium Copyright Act (DMCA). It is Scribd's policy to respond

DECLARATION OF BENTLEY ISO
APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION; FOR
LEAVE TO SUBPOENA THIRD PARTIES          5                    Case No.: 4:17-02765-JSW

notifications were sent to Scribd by authors complaining that the author's works were available for download on the website Scribd-Download.com. It was clear from these DMCA notices that users were confused and under the impression that Scribd-Download.com was associated or affiliated with Scribd. True and correct copies of two such DMCA notices, received on April 24 and 28, 2017, are attached as **Exhibit 3**.

17. I visited the Scribd-Download.com website several times prior to May 1, 2017. On those visits, Scribd-Download.com touted itself as "a best [sic] online scribd downloader service that allow [sic] you to download documents from Scribd.com for free. You only need to input Document URL [sic], we will get the download link and send it to your browser. Our service is totally free." The Scribd-Download.com website further included, as an example in the window into which URLs were to be pasted, a URL at Scribd.com. A true and correct screenshot I made of the main webpage of Scribd-Download on or around May 1, 2017 is attached as **Exhibit 4**. Thus, before May 1, 2017, the Scribd-Download.com site expressly described its intention to be a source to obtain documents from Scribd.com, and Scribd.com only.

18. Upon discovering Scribd-Download.com, we undertook an investigation to try to ascertain who was behind the website. The "Who Is" domain registration for Scribd-Download.com revealed that the domain was registered to a Johny Hendricks of 242 Mills Street, Ogden, UT 84404 on October 26, 2016. The email address slidehot.com@gmail.com is also listed on the registration. However, a search of Mr. Hendricks's street address using online map software revealed that there is no Mills Street or Mill Street in Ogden, Utah. A true and accurate copy of the "Who Is" domain registration information for Scribd-Download.com is attached as **Exhibit 5.** Mr. Hendricks is also listed as the registrant for the location for download of one of the browser add-ons offered at Scribd-Download.com.

19. On May 1, 2017, Scribd's outside counsel sent a cease and desist letter to Mr. Hendricks at the address and webpage provided in his registration of the domain name demanding that he discontinue operating Scribd-Download.com. The letter also expressly revoked all

to notices of any alleged infringement that comply with the DMCA within two business days.

authorization to access, display, download, or otherwise use Scribd's website or content. Scribd received no response to this letter. A true and accurate copy of the cease and desist letter sent to Mr. Hendricks is attached as **Exhibit 6**. I am informed by Scribd's outside counsel that this letter was subsequently sent to the other Defendants, Le Quang Minh and Scribd-Download.com, as well.

20. Having received no response from Mr. Hendricks, Scribd's operations engineers continued investigating Scribd-Download.com, and discovered that Scribd-Download.com was using a hosting service called Cloudflare, Inc. which allows websites to mask their IP addresses and true ISP servers behind a proxy. Scribd's engineers were eventually able to discover Scribd-Download.com's true IP address, IP 185.191.228.145, and found that it was being hosted by Heymman Servers. A true and accurate copy of the source code to the homepage of www.heymman.com, which reveals that its servers are located in Kansas City and Chicago, is attached as **Exhibit 7**.

21. In addition to revoking by letter Defendants' authorization to access, display, download, and otherwise use Scribd's website or content, Scribd's engineers also blocked Defendants' IP address from further accessing Scribd's website or content. Nonetheless, Defendants appear to have obtained new IP addresses, and have continued to access and distribute downloads of works from the Scribd.com website.

22. Scribd's engineer also contacted Heymman and insisted that they cease hosting the website using Scribd's name. Heymman responded in writing on May10, 2017 that "Our customer has agreed to remove this website [scribd-download.com] within the next 48 hours." Nonetheless, the Scribd-Download.com website continued to operate. A true and correct copy of Scribd's email exchange with Heymman is attached as **Exhibit 8**.

23. Scribd hosts and displays the Scribd Platform and the UGC content that Defendants are accessing and distributing on computer servers and high speed data processing devices at data storage facilities. These computers and devices are used in interstate and foreign commerce and communication, and accessible to users throughout the United States and many

countries around the world over the internet. Despite Scribd's attempts to block Defendants' IP address, its contact with Defendants' hosting provider, its notification to Defendants that they have no authorization to access the Scribd.com website and access its contents, and its demand that Defendants discontinue operating Scribd-Download.com, Defendants continue to access and take content from the Scribd Platform without authorization and make it available for download for free on Scribd-Download.com. Defendants' conduct has caused—and continues to cause— damages to Scribd in excess of $5,000, including diverted traffic from Scribd.com, lost subscription fees, and the expense of investigation and remediating Defendants' conduct.

**Scribd-Download.com Is Causing Scribd Serious and Irreparable Injury**

24. Scribd has spent over a decade building the world's largest digital library of books, audiobooks, documents, and sheet music selections, and developing technologies that allow readers all over the world to access, publish, and share digital content. It has worked tirelessly to develop a brand that readers around the world associate with the sharing of written knowledge. Defendants' offering of Scribd's content for free, using Scribd's own brand to do so, is diverting and confusing an untold number of potential customers, harming Scribd in numerous ways that will be difficult or impossible to compensate or redress unless the Defendants' website is shut down immediately.

25. First, by registering and using a confusingly similar domain to offer Scribd content, Scribd-Download.com creates a likelihood that internet users (including Scribd users and potential Scribd users) and the public will believe that Scribd is the source, origin, or sponsor of Scribd-Download.com, or that Scribd otherwise approves of or is affiliated with Scribd-Download.com. That internet users are already actually confused as to the source, origin, or sponsor of Scribd-Download.com is evident from the DMCA notices attached as **Exhibit 3** that complain to Scribd about content available for download on Scribd-Download.com.

26. Second, Defendants are directly diverting customers from Scribd. As described above and depicted in **Exhibit 2**, when searching for certain UGC works on Google, a Scribd-Download.com link to the document often appears right below or in close proximity to the

DECLARATION OF BENTLEY ISO
APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION; FOR
LEAVE TO SUBPOENA THIRD PARTIES         8                    Case No.: 4:17-02765-JSW

corresponding Scribd.com link. The untold number of customers who click the Scribd-Download.com links are potential customers lost to Scribd who never will visit the Scribd.com website. Moreover, the proximity of the Scribd-Download.com results, along with the similarity of the two domain names, is likely to lead users to believe that the two websites are somehow affiliated with one another, and to click the (infringing) one that says "download" in the first instance.

27. Third, Defendants are depriving Scribd of revenues from customers who actually visit Scribd's website. Defendants allow visitors to their website to obtain archived materials without paying the subscription fee required for access to them.

28. Fourth, Defendants are adversely impacting Scribd's ability to market its services to its customers and potential customers. Of course, when a customer doesn't visit Scribd at all (because it finds Scribd's content directly by a search result listing Scribd-Download.com), Scribd can't market to that customer. If a customer does visit Scribd but does not register, Scribd is not able to market to that customer and cannot effectively track her interests. Further, whether or not registered with Scribd, if a customer downloads content elsewhere through the Scribd-Download.com website, Scribd is unable to know of that customer's interest in that download so as to focus product offerings on what the customer might like. Scribd relies heavily on conversion of registered (but unpaid) users into paying users to sustain its business, and Scribd-Download.com undermines that ability.

29. Fifth, Defendants are impairing Scribd's search engine ranking and optimization efforts for Google.com. While Google's algorithm for generating search results is not fully public, factors that reportedly weigh into the ranking of search results include the popularity of webpages, their stickiness once consumers reach them, and the responsiveness of consumers to search results presented—*i.e.*, do consumers click on them? Higher search rankings mean higher placement in search results, which is critical to obtaining consumers' attention and traffic to a website. Scribd-Download.com damages Scribd's search rankings by reducing the time users spend on the Scribd.com website (when they move to Scribd-Download.com to perform a

download) and by providing competitive search results that deprives Scribd of clicks. In essence, the lifeblood of Scribd's business—internet traffic—is being threatened by a competitor that is using Scribd's own mark and accessing Scribd's own content without authorization

30. The damage to Scribd from all of these lost opportunities is already substantial: a review of Scribd's web logs reveal that Scribd's servers are receiving 1 to 4 requests *per minute* from Scribd-Download.com to download content from the Scribd Platform. Scribd is losing revenues, customer visits, customer conversions, and search engine rankings in incalculable amounts from these diverted customers.

31. Sixth, Defendants' use of the SCRIBD mark on Scribd-Download.com is likely to damage Scribd's reputation by associating it with a bare-bones website riddled with typos and ads that detract from the user's experience. A user will likely have negative experiences with Scribd-Download.com, which in turn devalues Scribd's reputation and brand. Further, the distinctiveness of the SCRIBD mark will be lessened with the 80 million users of Scribd every day that another website named Scribd-Download.com continues to operate and cloud the field.

32. Unless Scribd-Download.com is enjoined from further operation of its website, the harm that Scribd has suffered—and continues to suffer—will never be corrected. It is impossible to quantify by simple calculations all the harm to that Scribd has suffered as a result of Scribd-Download.com's conduct, both in terms of the consumer confusion it has caused to Scribd's trademark, as well as the injury to Scribd's hard-earned reputation and goodwill. In addition, Scribd has no reason to believe that the Defendants in this action—at least some of whom are overseas, and none of whom are known to have available assets—could pay a judgment for damages after it is obtained.

/ / /

/ / /

/ / /

/ / /

/ / /

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed at San Francisco, California, on May 15, 2017.

_____
Jason Bentley