IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCRIBD, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCRIBD-DOWNLOAD.COM,<br><br>　　　　Defendant.<br>_____ / | No. C 17-02765 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON APPLICATION FOR A TEMPORARY RESTRAINING AND GRANTING LEAVE TO SUBPOENA THIRD PARTIES** |

　　　　On May 15, 2017, Plaintiff SCRIBD, Inc. ("Scribd") filed an application for a temporary restraining order ("TRO"), in which it seeks to enjoin Defendant Scribd-Download.com, Johny Hendricks, Le Quang Minh (a/k/a Minh Le) and Does 1-10 (collectively "Defendants") and those acting in concert with Defendants: (a) from further use of the SCRIBD trademark in connection with the identification of their website or business; (b) from further use of the Scribd-Download.com domain; (c) from transferring Scribd-Download.com to any other person or entity other than Scribd; and (d) from all further accessing and downloading of content from Scribd.com or Scribd's digital library and publishing platform without Scribd's written authorization.

　　　　It is HEREBY ORDERED that Defendants shall file a response to the motion by no later than 4:00 p.m. on Wednesday, May 17, 2017, and Scribd shall file a reply by no later than 4:00 p.m. on Thursday, May 18, 2017. The Court will hold a hearing on Friday, May 19, 2017 at 10:00 a.m. Defendants' failure to timely respond to this Order or to appear for the hearing shall result in the issuance of a TRO as requested and an order to show cause why a preliminary injunction shall not issue.

Further, Scribd is HEREBY GRANTED granted leave to subpoena any United States-located entities identified in the Declaration of Jason Bentley filed in connection with the application for a TRO who are known to have had business dealings with Scribd-Download.com, including but not limited to Heymman Servers and Cloudflare, Inc. The proposed subpoenas shall have a return date no earlier than five days from the date of service and be limited to requesting information in the subpoenaed party's possession or records (a) identifying persons and entities and their locations who are or have been related to or acting on behalf of the website Scribd-Download.com; and (b) all identifying information for the user of IP address, IP 185.191.228.145.

Scribd shall serve this Order and all related filings on Defendants immediately by email and overnight delivery to the last known email and physical addresses presently held or hereafter obtained by Scribd, as well as by email and overnight delivery to any addresses obtained by subpoena. Scribd shall file proof of service with the Court by no later than 5:00 p.m. today, Monday, May 15, 2017.

**IT IS SO ORDERED.**

Dated: May 15, 2017

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE