1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA 94104
   Telephone:  415.875.2300
4  Facsimile:  415.281.1350

5  ANGEL CHIANG (CSB No. 280546)
   achiang@fenwick.com
6  AVERY L. BROWN (CSB No. 313478)
   avery.brown@fenwick.com
7  FENWICK & WEST LLP
   801 California Street
8  Mountain View, CA 94041
   Telephone:  650.988.8500
9  Facsimile:  650.938.5200

10 Attorneys for Plaintiff
   SCRIBD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCRIBD, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SCRIBD-DOWNLOAD.COM, JOHNY HENDRICKS, LE QUANG MINH, a/k/a MINH LE, and DOES 1 through 10,<br><br>    Defendants. | Case No.: 4:17-cv-02765-JSW<br><br>**PROOF OF SERVICE**<br><br>Date:  May 19, 2017<br>Time:  10:00 am<br>Dept.:  Courtroom 5 – 2nd Floor<br>Judge:  Honorable Judge Jeffrey S. White |

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, CA 94041. On the date set forth below, I served a copy of the following document(s):

PROOF OF SERVICE     Case No.: 4:17-cv-02765-JSW

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1. **COMPLAINT FOR VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT, CYBERPIRACY, TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN, TRADEMARK DILUTION, AND UNFAIR COMPETITION AND EXHIBITS 1-5.**

2. **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; FOR LEAVE TO SUBPOENA THIRD PARTIES TO DETERMINE IDENTITY OF DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT.**

3. **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER GRANTING LEAVE TO SUBPOENA THIRD PARTIES TO DETERMINE IDENTITY OF DEFENDANTS.**

4. **DECLARATION OF ANGEL CHIANG IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; FOR LEAVE TO SUBPOENA THIRD PARTIES TO DETERMINE IDENTITY OF DEFENDANTS AND EXHIBITS A-G.**

5. **DECLARATION OF JASON BENTLEY IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; FOR LEAVE TO SUBPOENA THIRD PARTIES TO DETERMINE IDENTITY OF DEFENDANTS AND EXHIBITS 1-8.**

6. **SUMMONS ISSUED AS TO JOHNY HENDRICKS, LE QUANG MINH, SCRIBD-DOWNLOAD.COM**

7. **ORDER SETTING BRIEFING SCHEDULE AND HEARING ON APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND GRANTING LEAVE TO SUBPOENA THIRD PARTIES**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Le Quang Minh a/k/a Minh Le
37/4/17 Tat To P.21, Quan Binh Thanh
Ho Chi Minh City, Vietnam

Lqm1010@gmail.com

Johny Hendricks

Slidehot.com@gmail.com

PROOF OF SERVICE     2     Case No.: 4:17-cv-02765-JSW

Scribd-Download.com
WhoisGuard, Inc.
Attn: Scribd-Download.com
P.O. Box 0823-03411
Republic of Panama

Scribd.download.com@gmail.com

X  **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

X  **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: May 15, 2017         /s/ *Angel Chiang*
                            ANGEL CHIANG