LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ANGEL CHIANG (CSB NO. 280546)
achiang@fenwick.com
AVERY L. BROWN (CSB No. 313478)
avery.brown@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiff
SCRIBD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCRIBD, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCRIBD-DOWNLOAD.COM, JOHNY HENDRICKS, LE QUANG MINH, a/k/a MINH LE, and DOES 1 through 10, <br><br> Defendants. | Case No.: 4:17-cv-02765-JSW <br><br> **SUPPLEMENTAL DECLARATION OF ANGEL CHIANG IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

I, Angel Chiang, declare as follows:

1.  I am an attorney admitted to practice before this Court, and I am an associate at the law firm of Fenwick & West LLP, counsel for Plaintiff Scribd, Inc. ("Scribd") in this matter. I have personal knowledge of the facts set forth in this supplemental declaration, and if called to do so I could and would testify competently to them.

2. This declaration is to update the Court on developments since the filing of the TRO Application. In short, and as explained below, the Defendants (including additional parties Scribd is now able to identify in its Notice of Identity of Doe Defendants) have removed the term SCRIBD from the infringing website and URL, but they continue, at least as of this filing, to access and download from the Scribd.com site without authorization. This results in the need for slightly different relief in the TRO Order, a proposed revised version of which has been filed with this Declaration.

**Scribd-Download.com Is Now Hidden Behind a New Domain**

3. On the evening of Monday, May 15, 2017, after the service of the TRO Application on Defendants, I discovered that the Scribd-Download.com website, once accessed either by entering that URL or by clicking on a Google search result including that URL, now redirected to a new site, Docyx.com. A true and accurate screenshot of Docyx.com as it appeared on the evening of May 15 is attached as Exhibit 1.

4. Docyx.com offered, as of the evening of May 15, a tab labeled as a download tool that linked to a page that looked exactly like the original Scribd-Download.com site, only now the URL was docyx.com/scribd-download/. A true and accurate screenshot of docyx.com/scribd-download/ as it appeared on the evening of May 15 is attached as Exhibit 2. This new download tool continued to function as the original Scribd-Download.com site had.

5. On the evening of May 15, 2017, I submitted a message to Docyx.com via the "Contact Us" link expressly revoking authorization for Docyx.com to access and download content from the Scribd Platform. A true and correct copy of my message to Docyx.com revoking such authorization is attached as Exhibit 3.

6. On the morning of Tuesday, May 16, I discovered that Defendants had changed the appearance of docyx.com/scribd-download/, redesigning the title of the page from "Scribd-Download" to "PDF-Download." However, the URL of the page continued to reflect docyx.com/scribd-download/. A true and accurate screenshot of docyx.com/scribd-download/ as it appeared on the morning of May 16 is attached as Exhibit 4.

7. On the morning of Wednesday, May 17, Defendants changed the URL of the

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  download tool from docyx.com/scribd-download/ to docyx.com/pdf/.  A true and accurate
2  screenshot of docyx.com/pdf/ as it appeared on the morning of May 17 is attached as Exhibit 5.

3        8.     The recast website continued to give users the ability to paste document URLs
4  from Scribd.com and to deliver documents from Scribd.com without requiring registration or
5  payment.  The recast website also purported to be able to deliver .pdf files from the internet,
6  claiming that it had a "special technique" to collect such documents—but in all efforts thereafter,
7  Scribd and its attorneys have been unable to download any files from any location *other* than
8  documents found on Scribd.com.

9        9.     The recast website displayed thumbnails of documents available for download.  I
10 (and Scribd employees) tested dozens of thumbnails and did not find any that were not duplicates
11 of documents that already appeared on Scribd.com.  For example, Docyx.com offered a document
12 for download called "Verilog AMS Tutorial."  A true and accurate screenshot of Docyx.com
13 offering this document on May 16 is attached as Exhibit 6.  That same document is also available
14 on Scribd.com.  A true and accurate screenshot of the "Verilog AMS Tutorial" document being
15 offered on Scribd.com is attached as Exhibit 7.  When clicked to download the document on the
16 Docyx.com site, the website reported that the download was number 733 in queue, and that, due
17 to excess traffic, it would take approximately 29 minutes to receive the download.  However, the
18 website also stated that if an upgrade was purchased to buy a membership on the website for
19 $1/month, the queue could be bypassed and unlimited downloads (of Scribd content) received
20 faster.  A true and accurate screenshot of this notice is attached as Exhibit 8.

21      10.    It appears that this so-called queue/membership upgrade is a ploy.  An effort to
22 download the same document from Docyx.com seven minutes later showed the exact same
23 number of items (733) in queue and the exact same expected download time.  Interestingly, the
24 page showed a *lesser* number of page views of the document than were shown seven minutes
25 earlier.  A true and accurate screenshot of my second attempt to download the "Verilog AMS
26 Tutorial" document on Docyx.com is attached as Exhibit 9.

27 **Docyx.com Appears to Only Allow Access to Scribd Content**

28      11.    Although Docyx.com purports to allow downloads of materials other than from

Scribd.com, there is no evidence that it can actually access information from any other site. When entering non-Scribd document URLs that are publicly available on other websites into the PDF-Download bar on May 16, 2017, error messages were always received. For example, attempts to download a .PDF document that is available on the American Bar Association website using the PDF-Download tool, returned an error message. A true and accurate screenshot of the error message is attached as Exhibit 10. The same is true for attempts to download this Court's Civil Local Rules, which are available on the Northern District of California's court website in .pdf. A true and accurate screenshot of the error message received after pasting the URL for the .pdf of this Court's Civil Local Rules is attached as Exhibit 11.

12. The same result occurred on the morning of Wednesday, May 17, 2017. It was impossible to download any publicly available documents from non-Scribd websites using the PDF-Download tool on the Docyx.com website. For example, an error message was returned on attempts to download from Docyx.com Your Honor's Civil Standing Order on May 17, a true and accurate screenshot of which is attached as Exhibit 12. An error message was received on attempts to download from Docyx.com this Court's Bankruptcy Local Rules on May 17, a true and accurate screenshot of which is attached as Exhibit 13. An error message was received on attempts to download from Docyx.com a .PDF document available on the American Bar Association website on May 17, a true and accurate screenshot of which is attached as Exhibit 14.

13. Downloads of documents that are available on Scribd were available, however, using the Docyx.com "PDF-Download" tool. For example, no error message was received for download of the indictment available at https://www.scribd.com/document/38505241/Indictment/ when pasted into the PDF-Download tool. When this document URL was pasted into the PDF-Download bar and "Download Now!" clicked, the website asked for a choice of the format into which the document would be converted (.PDF or .TXT). A true and accurate screenshot of this page is attached as Exhibit 15. When the "PDF" button was clicked, the website revealed another page that showed a thumbnail of the Scribd document and offered to download the document as a PDF by clicking "Download PDF". A true and accurate screenshot of this page is attached as Exhibit 16. However, clicking on "Download PDF", again generated the same message that the

1  download was in a queue, this time requiring an 80 minute wait, but that to avoid that wait to
2  receive the Scribd document, an upgrade to a membership could be purchased for $1/month.  A
3  true and accurate screenshot of this page is attached as Exhibit 17.  On the right-hand side of this
4  same page, the Docyx.com site displayed several "Related Documents" for potential download,
5  also from the Scribd website, one of which was the "Paul Andrew Mitchell" indictment that
6  specifically references a Scribd.com URL.  *See* Ex. 17.  Another was the "Apollo Nida
7  Indictment," a document that is also available on Scribd.com.  A true and accurate screenshot of
8  the "Apollo Nida Indictment" being made available on Scribd.com is attached as Exhibit 18.
9  Based on my investigation, it appears that the Docyx.com website is delivering only content from
10 Scribd.com, and no other website I can ascertain, and in addition, recommending related Scribd
11 content to users when users arrive at the download queue page.

**Defendants Are Also Operating Scribdownload.com**

13     14.    In addition to the Scribd-Download.com site, which became hidden this week
14 behind Docyx.com, Defendants are also operating Scribdownload.com.  This site looks virtually
15 identical to the original Scribd-Download.com site (before being recast as Docyx.com), except
16 that it does not serve advertisements.  A true and accurate screenshot of Scribdownload.com as it
17 appeared on May 16, 2017 is attached as Exhibit 19.

18     15.    Like the original Scribd-Download.com site, the Scribdownload.com site also
19 offered browser add-ons for Firefox, Chrome, and Opera browsers that purport to allow
20 downloads for free from Scribd.com.  True and accurate screenshots of these three add-ons are
21 attached as Exhibits 20, 21 and 22.  These are the same add-ons that were listed on the original
22 Scribd-Download.com site, and are being made available   from the same youtubemp3free.org
23 which offered these add-ons from the Scribd-Download.com site which lists Defendant Johny
24 Hendircks as a registrant.  Attached hereto as Exhibit 23 is a screenshot of the registration
25 information for that website reflecting Mr. Hendricks as registrant.

**Since Filing Its TRO Application, Scribd Has Made Contact with Defendants**

27     16.    Pursuant to this Court's Order on May 15, 2017 setting a briefing schedule and
28 hearing for Scribd's temporary restraining order application, Scribd served Defendants copies of

SUPP. DECLARATION OF CHIANG ISO
EX PARTE APPLICATION FOR TRO AND
OSC RE PRELIMINARY INJUNCTION                  5                           Case No.: 4:17-02765-JSW

the Order, TRO papers, and Complaint via email and overnight delivery to the email addresses and physical addresses known to Scribd at that time. Specifically, Scribd sent copies of the papers to scribd-download.com@gmail.com, slidehot.com@gmail.com, and lqm1010@gmail.com on the afternoon of May 15, 2017. Scribd received responses from all three email addresses.

17. The email address scribd-download.com@gmail.com responded to us that this website belongs to Brenda Jones, a resident of Russia, whom we have been advised is a transferee of that website from its original owner, Johny Hendricks. When we requested that the Scribd-Download.com URL stop redirecting to Docyx.com and advised the Docyx.com had no authorization to access Scribd.com, Mr. Jones initially stated that he would continue to access Scribd's website because that is what Google permits him to do—notwithstanding Scribd's revocation of authorization. A true and correct copy of my correspondence with Mr. Jones is attached as Exhibit 24. Subsequently, late on May 17, 2017, Mr. Jones advised that he desired to give up in this dispute, and that "the downloader tools on new site will be disabled soon." But to our knowledge at the time of this filing, those tools have not yet been disabled, and in all events, could be re-enabled at any time as easily as they might be disabled.

18. The email address slidehot.com@gmail.com has responded that it belongs to Johny Hendricks, the original registrant of Scribd-Download.com. In response to our email serving him the TRO papers, Hendricks said that he had responded to Scribd's original May 1, 2017 cease and desist letter. Upon further investigation, it appears that Scribd did, in fact, miss Mr. Hendrick's response message, sent at 5:00 a.m. on May 5, in which he claimed that he had transferred the website to his friend "months ago." When asked the identity of the new website operator, Mr. Hendricks identified Brenda J. Jones as reachable at scribd.download.com@gmail.com. A true and correct copy of my correspondence with Mr. Hendricks is attached as Exhibit 25.

19. The email address lqm1010@gmail.com has responded in the name of Minh Le, a resident of Vietnam. Mr. Le confirmed that he hosted the Scribd-Download.com website for Mr. Hendricks until at least May 5, and that Mr. Hendricks had paid him in Bitcoin to do so. When

1  asked to provide more identifying information about Mr. Hendricks, Mr. Le said he had no
2  information and could not provide records of his communications with Mr. Hendricks, as they
3  only communicated via Telegram, an ephemeral messaging app for Android devices.  A true and
4  correct copy of my correspondence with Mr. Le is attached as Exhibit 26.

**As of May 17, 2017, Scribd-Download.com No Longer Works**

20.  As of the morning of May 17, 2017, it appears that the original Scribd-Download.com site no longer works.  When I visited the site, I received a message that stated, "Our domain is under Trademark Dispute Resolution.  It will redirect to Google in 10 seconds."  A true and accurate screenshot of Scribd-Download.com as it appeared on the morning of May 17, 2017 is attached as Exhibit 27.

21.  As of the filing of this declaration, however, the Docyx.com site, which is the successor to Scribd-Download.com, is still operational, and the Scribdownload.com site is still live. Scribd therefore request an temporary restraining order that enjoins any further downloading from the Scrbd.com site by the successor website, that prohibits the operation of the Scribdownload.com site (as well as the Scribd-Download.com site), and that enjoins the now identified Doe Defendants (Scribdownload.com, Brenda B. Jones, and Docyx.com) from both use of the SCRIBD mark and violations of the Computer Fraud and Abuse Act.

22.  Finally, we wish to advise the Court that we will continue discussions with all Defendants with the hope that we can, after the entry of a TRO, reach agreement on a stipulated judgment that finally terminates this action prior to the hearing on any Preliminary Injunction motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed at Mountain View, California, on May 17, 2017.

_____
Angel Chiang