LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

ANGEL CHIANG (CSB NO. 280546)
achiang@fenwick.com
AVERY L. BROWN (CSB No. 313478)
avery.brown@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for Plaintiff
SCRIBD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCRIBD, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCRIBD-DOWNLOAD.COM, JOHNY HENDRICKS, LE QUANG MINH, a/k/a MINH LE, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.: 4:17-cv-02765-JSW<br><br>**NOTICE OF IDENTITY OF DOE DEFENDANTS** |

　　　　Plaintiff Scribd, Inc. ("Scribd") hereby identifies two of the previously unnamed Does as Defendants in this case.  Scribd's ongoing investigation into the identities of the owners and operators of Scribd-Download.com have revealed the following:

　　　　1.　　　Defendant Doe #1 is the website Docyx.com.  Since filing its application for a temporary restraining order on May 15, 2017, Scribd has discovered on the evening of May 15,

1  2017 that Scribd-Download.com moved, and began redirecting to a new site, Docyx.com. As of
2  the evening of May 15, 2017, Docyx.com offered a link that connected to a Scribd-Download
3  page that looked exactly like the original Scribd-Download site, only now the URL was
4  docyx.com/scribd-download. Although this new download tool purports to allow downloads of
5  materials from anywhere on the internet, not just Scribd.com, there is no evidence that the tool
6  can actually access and download information from any other site. All of Scribd's attempts to
7  download non-Scribd documents from the recast Scribd-Download tool have resulted in error
8  messages, though the tool does continue to allow users to download Scribd content for free, and
9  therefore appears to function as the original Scribd-Download.com site had. Because it appears
10 that Defendants have simply moved Scribd-Download.com behind the Docyx.com domain,
11 Scribd names Docyx.com as Defendant Doe #1 in this litigation. Scribd has notified Docyx.com
12 of this lawsuit and the pending motion for Temporary Restraining Order by email.

13      2.   On information and belief, Defendant Doe #2 is Brenda Jones, a resident of
14 Russia. Pursuant to this Court's Order on May 15, 2017, Scribd served copies of the Order,
15 Scribd's TRO papers, and Complaint on Defendants via the email addresses known to be
16 associated with Scribd-Download.com: scribd-download.com@gmail.com,
17 slidehot.com@gmail.com, and lqm1010@gmail.com. Scribd received a response from the
18 scribd-download.com@gmail.com address from a person who identified himself as Brenda Jones,
19 a resident of Russia. When Scribd requested that the Scribd-Download.com URL stop redirecting
20 to Docyx.com and advised that Docyx.com had no authorization to access Scribd.com, Mr. Jones
21 initially stated that he would continue to access Scribd's website because that is what Google
22 permits him to do. Scribd also received a response from Defendant Johny Hendricks, from the
23 email address slidehot.com@gmail.com. Mr. Hendricks claimed that he had transferred the
24 Scribd-Download.com website to a friend and identified this friend as Brenda J. Jones, who can
25 be reached at scribd.download.com@gmail.com. Because it appears that Mr. Jones is the current
26 owner and operator of Scribd-Download.com (including its current incarnation as Docyx.com),
27 Scribd names Brenda Jones as Defendant Doe #2 in this litigation. Scribd has notified Brenda J.
28 Jones of this lawsuit and the pending motion for Temporary Restraining Order by email.

1   For these reasons, and the reasons laid out in the Supplemental Declaration of Angel Chiang filed in support of Scribd's application for a temporary restraining order ("Supp. Chiang Decl."), Scribd respectfully requests that Docyx.com and Brenda Jones be joined as Defendants and included in the relief sought in the application for a temporary restraining order now pending.

Dated: May 17, 2017

FENWICK & WEST LLP

By: */s/ Laurence Pulgram*
    LAURENCE PULGRAM

Attorneys for Plaintiff
SCRIBD, INC.