LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ANGEL CHIANG (CSB No. 280546)
achiang@fenwick.com
AVERY L. BROWN (CSB No. 313478)
avery.brown@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiff
SCRIBD, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCRIBD, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SCRIBD-DOWNLOAD.COM, DOCYX.COM, JOHNY HENDRICKS, LE QUANG MINH, a/k/a MINH LE, BRENDA JONES, and DOES 3 through 10,<br><br>Defendants. | Case No.: 4:17-cv-02765-JSW<br><br>**[PROPOSED] CONSENT ORDER AND STIPULATED FINAL JUDGMENT** |

WHEREAS Plaintiff Scribd, Inc. ("Scribd") filed the above captioned lawsuit against Defendants Scribd-Dowload.com, Johny Hendricks, Le Quang Minh, a/k/a Minh Le, and Does 1 through 10, and subsequently identified as Does 1 and 2 Docyx.com, and Brenda Jones, respectively (together "Defendants" and Scribd and Defendants collectively "the Parties");

WHEREAS Scribd-download.com and Docyx.com are enterprises that have previously

been or are operated by one of more of the other named Defendants in this action;

WHEREAS Scribd alleges that Defendants' registration and operation of the website Scribd-Download.com and Docyx.com and uses of the SCRIBD mark constitutes trademark infringement and false designation of origin, and trademark dilution in violation of the Lanham Act, 15 U.S.C. §§ 1114 *et seq.*, cybersquatting, a violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, unfair competition in violation of California Business and Professions Code § 17200 *et seq.*, and dilution in violation of California Business and Professions Code § 14247, and California common law;

WHEREAS the Parties wish to resolve this litigation as between themselves by consenting to the entry of this Consent Order and Stipulated Final Judgment;

NOW, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendants, and each of them, and their officers, agents, employees, representatives, associates, related corporate entities, owners, and operators, and all persons acting for, on behalf of, or in concert or cooperation with any of them and who have notice of this order, are permanently restrained and enjoined

a. from using in commerce, displaying, or providing content to the public with reference to the SCRIBD Mark, including without limitation the term SCRIBD-DOWNLOAD, SCRIBDOWNLOAD, or any other confusingly similar combination of terms with the word SCRIBD, and including without limitation on any website or with respect to any display of advertising;

b. from using the SCRIBD Mark in any domain name;

c. from redirecting any domain name containing to SCRIBD mark to another website;

d. from transferring those domains, or directing any person to transfer those domains, to any other person or entity other than Scribd;

e. from accessing, connecting to, downloading, or transmitting to any person any content, text, publication or other information obtained from Scribd.com or the Scribd Platform or any computers, servers, or databases operated by Scribd,

whether obtained prior to or after the date of this order, including any cached content, without authorization, whether through the website Scribd-Download.com, Docyx.com, Scribdownload.com or any other website. For clarity, this order includes any access by any means, whether by use of any browser, search engine, or other device to the Scribd.com platform or search engine.

f. from providing thumbnails of content obtained from Scribd.com or the Scribd Platform or any computers, servers, or databases operated by Scribd, whether obtained prior to or after the date hereof, including any cached content, without authorization, whether through the website Scribd-Download.com, Docyx.com, Scribdownload.com or any other website.

g. from further use or offering to the public of any content under the Scribd-Download.com domain, Scribdownload.com domain, Docyx.com domain name, or redirecting from any such domain or similarly named domain to any other website;

2. Defendants are further enjoined to transfer without cost to Scribd the domains scribd-download.com and scribdownload.com within five days of entry of this order.

3. Defendants further agree to waive service of the summons and complaint and consent to the jurisdiction of this Court.

4. In consideration of Defendants' agreement above, Scribd will waive its rights to pursue damages and attorneys' fees against Defendants for the conduct of this action to date, and all claims to the same are dismissed with prejudice, each Party to bear its own costs and attorneys' fees in this action.

5. This Court shall retain jurisdiction for the limited purpose of enforcing this Consent Decree and Stipulated Final Judgement.

6. The Clerk of Court shall enter this order as a final judgment without further order of the Court and close the file of this action.

of the Court and close the file of this action.

Signed this 18th day of May, 2017.

Scribd, Inc.

Dated: May 18, 2017

By: /s/ Laurence F. Pulgram

Laurence Pulgram
Counsel for Scribd, Inc.

Dated: May 18, 2017

By:

Johny Hendricks

Dated: May 18, 2017

By:

Minh Le, a/k/a Le Quang Minh

Dated: May 18, 2017

By:

Brenda Jones

Dated: May 18, 2017

By:

For Scribd-download.com

Dated: May 18, 2017

By:

For Docyx.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

It is so ORDERED, ADJUDGED AND DECREED, this __ day of May, 2017

______________________________________

UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO